

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brian Swanson,

Vs. No. 11-23-00049-CV

Ashley Colegrove,

* From the 29th District Court
of Palo Pinto County,
Trial Court No. C50339.

* October 5, 2023

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Brian Swanson's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Brian Swanson.